of a Probation Officer recites that his records contained the name of John B. Lavine as petitioner's attorney. The error in the court's records rebuts the presumption of regularity and the papers submitted in opposition to the petition are not sufficient to meet the test of *People* v. *Richetti* (302 N. Y. 290) and *People* v. *Lain* (309 N. Y. 291) which require that petitioner's claims be "conclusively refuted by unquestionable documentary proof." Under these circumstances, there should be a hearing at which the defendant will be entitled to be represented by counsel assigned to him by the court. (Also, see, *People* v. *Robson*, 285 App. Div. 1112; *People* v. *Picciotti*, 4 A D 2d 1004, affd. 4 N Y 2d 340.) (Appeal from order of Onondaga County Court denying defendant's motion to vacate judgment of conviction.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK E. BRILLIAN, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MAHONEY, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ GENESEE VALLEY UNION TRUST COMPANY, as Trustee Under the Will of MAX RUSSER, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 35874.) — Judgment unanimously affirmed, with costs. (Appeal from judgment of Court of Claims for claimant on a claim for damages for permanent appropriation of realty.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of the Estate of EDNA M. WATT, Deceased. JAMES B. WATT, as Administrator of the Estate of EDNA M. WATT, Deceased, Respondent; EVELYN C. MIDDAUGH, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Steuben Surrogate's Court adjudging that the joint bank account in question is the property of the estate of decedent and that the proceeds should be paid to the administrator of decedent's estate.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of the Estate of FRED H. REAMS, Deceased.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Oneida Surrogate's Court revoking letters of administration previously issued to Anna S. Reams, and ordering an accounting by her.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ HARRY GZANOWICZ, Appellant, v. CITY OF LITTLE FALLS et al., Respondents.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Herkimer Trial Term dismissing the complaint on motion by defendants at the close of plaintiff's case in an action for damages for illegal arrest.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ DONALD E. SMITH, Respondent, v. CONSOLIDATED FOODS CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Ontario Trial Term for plaintiff in an action for breach of contract. The order denied a motion for a new trial.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.